UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

TREVONNE KING,

                                                 Plaintiff,

-against-

CITY OF NEW YORK, P.O. JOSEPH SORRENTINO
[SHIELD #15954], SERGEANT RICHARD GALVEZ
[SHIELD #2492], P.O. JOSEPH BISOGNO [SHIELD
#13655], P.O. JOHN ESPINAL [SHIELD #19909], P.O.
BIKO HARVEY [SHIELD #7331], and JOHN DOE and
JANE DOE (the names John and Jane Doe being fictitious, as
the true names are presently unknown),

                                                 Defendants.

-------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

19-CV-3361 (AMD) (RML)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

      1.      The above-referenced action is hereby dismissed with prejudice; and

2.	Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
	  November 5 , 2020

| | |
|---|---|
| UGO UZOH, P.C.<br>*Attorneys for Plaintiff*<br>56 Willoughby Street<br>Brooklyn, NY 11201<br>718-874-6045 | JAMES E. JOHNSON<br>Corporation Counsel of the<br>	City of New York<br>*Attorney for Defendants City of New York,<br>	Sorrentino, Galvez, Bisogno, Espinal,<br>	and Harvey*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: _____<br>Ugochukwu Uzoh<br>*Attorney for Plaintiff* | By: *Qiana Smith-Williams*_____<br>Qiana Smith-Williams<br>*Senior Counsel* |

SO ORDERED:

_____
HON. ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE

Dated: _____, 2020

2